UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GLOBAL CROSSING LOCAL SERVICES, INC. ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | Case No. 4:11-CV-00315-NAB |
| THE MISSOURI PUBLIC SERVICE COMMISSION et al, ) ) ) ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

Presently before the Court is motion filed by Defendant Southwestern Bell Telephone Company that seeks leave to file supplemental memorandum. The Court grants the motion.

On December 5, 2011, Defendants Robert M. Clayton, III, Jeff Davis, Kevin Gunn, Terry M. Jarrett, Robert S. Kenney and the Missouri Public Service Commission filed a notice that the Federal Communications Commission ("FCC") issued a decision on November 18, 2011 that is relevant to the issues presented in the underlying action. Defendant Southwestern Bell Telephone Company seeks leave to file supplemental memorandum in light of the FCC's decision. The Court grants the motion for leave to file supplemental memorandum and further orders that all parties to this action may file supplemental memorandum by December 16, 2011.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Southwestern Bell Telephone Company's Motion for Leave to File Supplemental Memorandum is **GRANTED**.

**IT IS FURTHER ORDERED** that all other parties to this action may file supplemental memorandum by December 16, 2011.

2

Dated this 9th day of December, 2011

      /s/ Nannette A. Baker
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE