# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| GLOBAL CROSSING LOCAL SERVICES, INC., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Case No. 4:11-CV-00315-NAB<br>) |
| THE MISSOURI PUBLIC SERVICE COMMISSION, et al, | )<br>)<br>) |
| Defendants. | ) |

## ORDER

On January 6, 2012, the Court held a status conference by telephone with attorneys Erik Solverud, Edward Yorkgitis, Jr., Jennifer Heintz, Mary MacDonald, and Hans Germann. Pursuant to discussions held during the telephone conference, the Court hereby orders each of the above-named attorneys to appear by telephone for a status conference on February 7, 2012 at 9:00 a.m. CST.  The Court will contact each attorney for the start of the conference; therefore, each attorney shall be available ten minutes before the scheduled start time.

Accordingly,

**IT IS HEREBY ORDERED** that Erik Solverud, Edward Yorkgitis, Jr., Jennifer Heintz, Mary MacDonald, and Hans Germann shall appear by telephone for a status conference on February 7, 2012.

Dated this 6th day of January, 2012.

                                                    /s/ Nannette A. Baker
                                                    NANNETTE A. BAKER
                                                    UNITED STATES MAGISTRATE JUDGE