# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| GLOBAL CROSSING LOCAL SERVICE, INC., ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:11-CV-315 NAB |
| ) | |
| THE MISSOURI PUBLIC SERVICE COMMISSION, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that upon the filing of the Stipulation of Dismissal on March 9, 2012, the claims in this action are **DISMISSED with prejudice** as to all parties, with each party to bear their own costs. The Order setting status conference on March 21, 2012 is **VACATED**. [Doc. 95].

Dated this 12th day of March, 2012.

       /s/ Nannette A. Baker
       NANNETTE A. BAKER
       UNITED STATES MAGISTRATE JUDGE